## WILLIAMS *v.* GREENWICH INS. CO. OF N. Y.

*Lumpkin, J.*—This case is controlled by the decisions of this court in *Melson* v. *Phenix Ins. Co.*, and *Maril* v. *Home Ins. Co.*, 97 Ga. 722.                                    *Judgment affirmed.*

June 8, 1896.  By two Justices.  Argued at the last term.

Action on insurance policy. Before Judge Butt. Muscogee superior court. May term, 1895.

The material portion of the policy was as follows: "No suit or action on this policy, for the recovery of any claim, shall be sustainable in any court of law or of equity until after full compliance by the insured with all the foregoing requirements, nor unless commenced within twelve months next after the fire." Plaintiff alleged, that he filed his action on the policy against defendant to recover said insurance, in the city court of Columbus, on June 10, 1892, and the same was nonsuited in said court on July 2d, 1894, upon motion of defendant; whereupon plaintiff paid the costs, and on July 5, 1894, renewed this his suit upon the policy. It appeared from the petition that the fire occurred on October 3, 1891. Defendant demurred because the renewed suit was not filed in twelve months from the date of

the fire, and therefore the action was barred. The demurrer was sustained, and plaintiff excepted.

*Brannon, Hatcher & Martin,* for plaintiff.
*Van Epps, Ladson & Leftwich,* for defendant.